**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-4146**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PETER RIBERHOLT BROCK,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CR-98-3-A)

─────────────

Submitted:  January 26, 1999        Decided:  February 25, 1999

─────────────

Before NIEMEYER and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Peter Riberholt Brock, Appellant Pro Se.  Gerald J. Smagala, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Peter Riberholt Brock appeals the district court's order affirming Brock's conviction for a violation of the Child Support Recovery Act and sentencing him to sixty days imprisonment and $62,368 in restitution. See 18 U.S.C.A. § 228 (West Supp. 1998). We have reviewed the record and the district court's opinion affirming the magistrate judge's judgment and find no reversible error. See Fed. R. Crim. P. 58(g)(2). Accordingly, we affirm on the reasoning of the district court. See United States v. Brock, No. CR-98-3-A (E.D. Va. Feb. 10, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked "filed" on February 9, 1998, the district court's records show that it was entered on the docket sheet on February 10, 1998. Pursuant to Rules 58 & 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).